# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

ELLA GRIESENBECK and KARLYN DUGAN,

        Plaintiff(s),

v.

DAVENPORT COMMUNITY SCHOOL DISTRICT and MISSISSIPPI BEND AREA EDUCATION AGENCY,

        Defendant(s),

**CIVIL NUMBER: 3:21-cv-00084-SMR-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is in favor of the Defendants' and against the Plaintiffs'.

Date: September 23, 2022

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips

By: Deputy Clerk